# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**REAL PROPERTY LOCATED AT
714 WINFIELD, O' FALLON, ST. CLAIR
COUNTY, ILLINOIS ALL ATTACHMENTS,
IMPROVEMENTS, AND APPURTENANCES
THERETO**

**Defendant.**                                   No. 08-CV-807-DRH

## ORDER

**HERNDON, Chief Judge:**

This cause is before the Court on the Government's Motion to Strike (Doc. 13) the Notice of Claim (Doc. 11) filed by Rami Mohammed. Southern District of Illinois Local Rule 83.1(e) provides, in relevant part, that "[i]n all cases filed in . . . this court, all parties, except governmental agencies or those appearing *pro se*, must be represented of record by a member of the bar of this court." **SDIL-LR 83.1(e)**. Further, the rule provides that "[u]nless otherwise excepted by this rule, pleadings or other documents submitted by a party who is not represented by a member of the bar of this court shall not be accepted by the clerk." **SDIL-LR 83.1(e)**. Federal Rule of Civil Procedure 12(f) allows the Court to "strike . . .any redundant, immaterial, impertinent, or scandalous matter." **FED. R. CIV. P. 12(f)**.

Mr. Rami Mohammed is not a member of the bar of this court. Nor does he represent any governmental agency. A review of the Notice of Claim (Doc. 11) reveals

that Mr. Mohammed is not appearing *pro se* to make his own claim on the subject property, but is instead attempting to state a claim for the property on behalf of his brother. Accordingly, the Court finds that the Notice of Claim is filed in violation of Local Rules and **GRANTS** the Government's Motion. The Notice of Claim (Doc. 11) is **STRICKEN** from the record.

**IT IS SO ORDERED.**

Signed this 30th day of July, 2009.

/s/ DavidRHerndon
**Chief Judge
United States District Court**